UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FELIX NKANSAH,                )
                              )
    Petitioner,               )
                              )
v.                            )    Case No.: 4:15-cv-01591-JHH-SGC
                              )
SCOTT HASSELL,                )
                              )
    Respondent.               )

## MEMORANDUM OPINION

    This matter is before the court on Respondent's Motion to Dismiss as Moot. (Doc. 8). In the motion, Respondent notes that Petitioner was released from ICE custody on March 15, 2016, pursuant to an Order of Supervision. (*Id.* at 1; Doc. 8-1). Because Petitioner has been released, Respondent contends this case is due to be dismissed as moot.

    On September 14, 2015, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Ghana. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

A separate order will be entered.

  **DONE** this the __4th__ day of April, 2016.


            */s/ James H. Hancock*
          _____
            SENIOR UNITED STATES DISTRICT JUDGE